JRB/JRS: USAO 2017R00779

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

2017 NOV 27 P 3: 47

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO. PWG17cr625 |
| MITCHELL OREN SMITH, | * | (Aggravated Sexual Abuse, 18 U.S.C. § 2241(c); Abusive Sexual Contact, 18 U.S.C. § 2244(a)(5)) |
| Defendant | * | |

*******

### INDICTMENT

### COUNT ONE
(Aggravated Sexual Abuse of a Child)

The Grand Jury for the District of Maryland charges that:

Between on or about July 22, 2017, and on or about July 24, 2017, in the District of Maryland and elsewhere, the defendant,

**MITCHELL OREN SMITH,**

while in the special maritime and territorial jurisdiction of the United States, did knowingly engage in and attempt to engage in a sexual act, as defined in 18 U.S.C. § 2246(2), with Victim A, a person who had not attained the age of 12 years.

18 U.S.C. § 2241(c)
18 U.S.C. § 7

## COUNT TWO
### (Abusive Sexual Contact with a Child)

The Grand Jury for the District of Maryland further charges that:

Between on or about July 22, 2017, and on or about July 24, 2017, in the District of Maryland and elsewhere, the defendant,

**MITCHELL OREN SMITH,**

while in the special maritime and territorial jurisdiction of the United States, did knowingly engage in and cause sexual contact, as defined in 18 U.S.C. § 2246(3), with and by Victim A, a person who had not attained the age of 12 years, and which would have violated 18 U.S.C. § 2241(c) had the sexual contact been a sexual act, as defined in 18 U.S.C. § 2246(2).

18 U.S.C. § 2244(a)(5)
18 U.S.C. § 7

Stephen M. Schenning /JRB
Stephen M. Schenning
Acting United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

Date: November 27, 2017