## ATTACHMENT A

## STIPULATION OF FACTS

*The undersigned parties stipulate and agree that if this case had proceeded to trial, this Office would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence that would have been presented had this matter proceeded to trial.*

Between on or about July 22, 2017, and on or about July 24, 2017, while residing at Joint Base Andrews in Prince George's County, Maryland, a location within the special maritime or territorial jurisdiction of the United States, **MITCHELL OREN SMITH** ("**SMITH**"), knowingly and intentionally touched, not through the clothing, the genitalia of Victim A with the intent to arouse or gratify the sexual desire of any person.

**SMITH** engaged in multiple sexual acts with Victim A. **SMITH** digitally manipulated Victim A's genitalia on more than one occasion, over the course of months.



From **SMITH**'s Motorola XT1254 cellular telephone, serial number ZX1F23RJLX, investigators recovered a digital photograph of **SMITH**'s penis resting on Victim A's buttocks. **SMITH** used Victim A for purpose of creating a visual depiction of sexually explicit conduct. The Motorola telephone was manufactured outside the state of Maryland and had moved in interstate commerce.

Rev. August 2018

At the time of these events, Victim A was under 10 years of age. At the time **SMITH** engaged in this conduct, Victim A was under the care, custody, or supervisory control of **SMITH**.

SO STIPULATED:

_____
Joseph R. Baldwin
Assistant United States Attorney

_____
Mitchell Oren Smith
Defendant

_____
Lisa Lunt, Esq.
Counsel for Defendant